In re Estate of Lorenz Stahl, deceased. Elsie Meyers and Anna Carlson, appellants, v. Anna Stahl et al., appellees. Gen. No. 39,391.

Heard in the second division of this court for the first district at the February term, 1937. Opinion filed October 19, 1937.

Leopold Saltiel, for appellants. No appearance for appellees.

Mr. Presiding Justice Friend delivered the opinion of the court.

Walter Kemp, receiver in equity for Midland Club, appellee, v. Benjamin H. Black, appellant. Gen. No. 39,405.

Heard in the second division of this court for the first district at the April term, 1937. Opinion filed October 19, 1937. Rehearing denied November 8, 1937.

Benjamin H. Black, pro se. Aaron Soble, of appellee; Max Chill, of counsel.

Mr. Presiding Justice Friend delivered the opinion of the court.

American Russian Brotherhood and Sisterhood, appellee, v. Vasilij W. Sklar and Sofia Sklar et al., defendants. Appeal of Vasilij W. Sklar and Sofia Sklar, appellants. Gen. No. 39,554.

Heard in the second division of this court for the first district at the June term, 1937. Opinion filed October 10, 1937.

B. Pelechowicz and Martin M. Gross, for appellants. Grablowski & Kanak, for appellee.

Mr. Presiding Justice Friend delivered the opinion of the court.

People of the State of Illinois, appellee, v. Dan Miller, appellant. Gen. No. 39,583.

Heard in the second division of this court for the first district at the June term, 1937. Opinion filed October 19, 1937.

Charles A. Bellows, for appellant. Thomas J. Courtney, State's Attorney, for appellee; Edward E. Wilson, John T. Gallagher, Melvin Starkle Rembe and Blair L. Varnes, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice Friend delivered the opinion of the court.